Victor E. Mayer v. Isidor Bierman and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Bird S. Coler, on Complaint of Marion Sidell, v. John A. Corcoran. — Motion to dismiss appeal denied. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Hyman Rosenberg v. Parker Sheet Metal Works and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Evelyn B. MacConnell v. Alice Miller.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Joseph Cohen v. Morris Horn, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

George C. Heimerdinger v. Employers' Liability Assurance Corporation.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

William H. Black and Others v. Inez M. Cousins.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Sylvan Mortgage Company, Inc., v. Albert M. Stadler.—Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

David Robson v. Nathan J. Miller and Others.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Sophia Kadetz v. Charles Harwood.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Henrietta L. Bobbe and Others v. Massachusetts Bonding and Insurance Company.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

Cuyler Realty Company v. The Teneo Company, Inc.— Motion for leave to appeal granted; motion for reargument denied. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.